IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT MARTINEZ,

    Plaintiff,

v.                                                            No. CIV-15-0126 KG/LAM

SANTA FE COUNTY ADULT
CORRECTIONS FACILITY,
SANTA FE COUNTY, and
JOHN DOES AND JANE DOES 1-10,
unknown officers employed at the
Santa Fe county Detention Center
In their individual and official capacities,

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

**THIS MATTER** is before the Court on *Defendants' Expedited Motion to Vacate Settlement Conference (Doc. 37)*, filed September 30, 2015, in which Defendants ask the Court to vacate the settlement conference in this case set on October 14, 2015. The Court will order expedited briefing on the motion.

    **IT IS THEREFORE ORDERED THAT:**

    1.    Plaintiff's response to *Defendants' Expedited Motion to Vacate Settlement Conference (Doc. 37)* is due on or before **Tuesday, October 6, 2015**; and

    2.    Defendants may file a reply on or before **Thursday, October 8, 2015**.

    **IT IS SO ORDERED.**

                                                          _____
                                                           LOURDES A. MARTÍNEZ
                                                           UNITED STATES MAGISTRATE JUDGE