IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT MARTINEZ,**

      **Plaintiff,**

**v.**                                              **No. CIV-15-0126 KG/LAM**

**SANTA FE COUNTY ADULT**
**CORRECTIONS FACILITY, et al.,**

      **Defendants.**

## ORDER TO FILE CLOSING DOCUMENTS
## AS A RESULT OF SETTLEMENT

The Court has been notified that the parties reached a negotiated resolution in this matter.

**WHEREFORE, IT IS HEREBY ORDERED THAT** closing documents must be filed no later than **Wednesday, December 9, 2015,** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                       _____
                                                       **LOURDES A. MARTÍNEZ**
                                                       **UNITED STATES MAGISTRATE JUDGE**